# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM PERKINS,<br><br>                Plaintiff,<br><br>   v.<br><br>WATERFRONT SERVICES CO. and M/V DANA ALBRIGHT, *in rem*,<br><br>                Defendants. | Case No. 12-cv-998 JPG-SCW |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 19, 2013**                NANCY J. ROSENSTENGEL, Clerk of Court
                                                                  By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**